United States District Court
Southern District of Texas
**ENTERED**
May 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:23-cv-00147 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| TEN-KIRKWOOD LTD, | § | |
| Defendant. | § | |

## ORDER

Plaintiff Kirk Mackey has provided notice of settlement of his claims against Defendant Ten-Kirkwood Ltd. Dkt 15.

All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on May 10. 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge